**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| T.G. AND C.G., | : | No. 61 WAL 2022 |
| | : | |
| Respondents | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| M.W., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.